### Motion For Relief Information
#### Post-Petition Ledger



**EXHIBIT A**

| Filed By: | Carl G. Greene 0 | Payment Changes | | | | |
|---|---|---|---|---|---|---|
| | | From Date | To Date | Total Amount | P&I Total | Escrow Total / Interest Rate Change |
| Case Number: 19-16299 | | | | | | |
| Filing Date: 10/07/19 | | | | | | |
| Payments in POC | $15,489.54 | | | | | |
| First Post Due Date | 11/01/19 | | | | | |

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance | Comments | Applied (P&I and) | Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $ - | | | | | $ - | $ - |
| | | | | $ - | | | | | $ - | $ - |
| | | | | $ - | | | | | $ - | $ - |
| 11/01/19 | $1,165.67 | 11/01/19 | $1,165.67 | $ - | | | | | $1,165.67 | $1,165.67 |
| 11/04/19 | | | | $ - | | $982.71 | | | $(982.71) | $182.96 |
| 11/29/19 | $1,280.60 | 12/01/19 | $1,165.67 | $114.93 | | | | | $1,280.60 | $1,463.56 |
| 11/30/19 | | | | $114.93 | | $982.71 | | | $(982.71) | $480.85 |
| 12/26/19 | $1,265.60 | 01/01/20 | $1,265.60 | $114.93 | PCN | | | | $1,265.60 | $1,746.45 |
| 12/27/19 | | | | $114.93 | | $982.71 | | | $(982.71) | $763.74 |
| 02/19/20 | $843.08 | | | $958.01 | | | | | $843.08 | $1,606.82 |
| 02/20/20 | | | | $958.01 | | $982.71 | | | $(982.71) | $624.11 |
| 02/20/20 | | | | $958.01 | | $982.71 | | | $(982.71) | $(358.60) |
| 03/23/20 | $1,265.60 | 02/01/20 | $1,265.60 | $958.01 | | | | | $1,265.60 | $907.00 |
| 03/24/20 | | | | $958.01 | | $982.71 | | | $(982.71) | $(75.71) |
| 04/29/20 | $765.60 | 03/01/20 | $1,265.60 | $458.01 | | | | | $765.60 | $689.89 |
| 10/30/20 | $1,265.60 | 04/01/20 | $1,265.60 | $458.01 | | | | | $1,265.60 | $1,955.49 |
| 10/31/20 | | | | $458.01 | | $982.71 | | | $(982.71) | $972.78 |
| 11/18/20 | $1,265.60 | 05/01/20 | $1,265.60 | $458.01 | | | | | $1,265.60 | $2,238.38 |
| 11/19/20 | | | | $458.01 | | $982.71 | | | $(982.71) | $1,255.67 |
| 01/22/21 | $1,349.03 | 06/01/20 | $1,265.60 | $541.44 | | | | | $1,349.03 | $2,604.70 |
| 01/22/21 | $982.71 | 07/01/20 | $1,265.60 | $258.55 | | $1,965.42 | | | $(982.71) | $1,621.99 |
| 02/22/21 | $1,349.03 | 08/01/20 | $1,265.60 | $341.98 | | | | | $1,349.03 | $2,971.02 |
| 02/22/21 | $982.71 | 09/01/20 | $1,265.60 | $59.09 | | $1,965.42 | | | $(982.71) | $1,988.31 |
| 03/22/21 | $1,349.03 | 10/01/20 | $1,265.60 | $142.52 | | | | | $1,349.03 | $3,337.34 |
| 03/22/21 | $982.71 | | | $1,125.23 | | $1,965.42 | | | $(982.71) | $2,354.63 |
| 03/22/21 | $982.71 | 11/01/20 | $1,265.60 | $842.34 | | $1,965.42 | | | $(982.71) | $1,371.92 |
| | $422.52 | | | $1,264.86 | Move from Pre side | | | | $422.52 | $1,794.44 |
| LM ENTERED & NEXT DUE DATE IS 06/01/2021 | | | | $1,678.19 | | $116.25 | | | $(116.25) | $1,678.19 |
| 04/23/21 | $13,313.65 | | $13,313.65 | $1,678.19 | INTEREST PMT | $13,313.65 | | | $ - | $1,678.19 |
| 04/23/21 | | | $780.60 | $897.59 | PRINCIPAL PMT | $780.60 | | | $(780.60) | $897.59 |
| 05/21/21 | $1,199.08 | 06/01/21 | $1,199.08 | $897.59 | | | | | $1,199.08 | $2,096.67 |
| 06/23/21 | $1,199.08 | 07/01/21 | $1,199.08 | $897.59 | | | | | $1,199.08 | $3,295.75 |
| 07/21/21 | $1,199.08 | | | $2,096.67 | | | | | $1,199.08 | $4,494.83 |
| 08/25/21 | $1,199.08 | 08/01/21 | $1,199.08 | $2,096.67 | | | | | $1,199.08 | $5,693.91 |
| 10/22/21 | $1,199.08 | | | $3,295.75 | | | | | $1,199.08 | $6,892.99 |
| 01/04/22 | $1,200.00 | 09/01/21 | $1,199.08 | $3,296.67 | | | | | $1,200.00 | $8,092.99 |
| 01/24/22 | $1,200.00 | 10/01/21 | $1,199.08 | $3,297.59 | | | | | $1,200.00 | $9,292.99 |
| 02/21/22 | $1,199.08 | 11/01/21 | $1,199.08 | $3,297.59 | | | | | $1,199.08 | $10,492.07 |
| 03/10/22 | | 12/01/21 | $1,199.08 | $2,098.51 | | $1,388.43 | | | $(1,388.43) | $9,103.64 |
| 03/10/22 | | 01/01/22 | $1,199.08 | $899.43 | | $1,388.43 | | | $(1,388.43) | $7,715.21 |
| 03/10/22 | | | | $899.43 | | $1,388.43 | | | $(1,388.43) | $6,326.78 |
| 03/10/22 | | | | $899.43 | | $1,388.43 | | | $(1,388.43) | $4,938.35 |
| 03/10/22 | | | | $899.43 | | $1,388.43 | | | $(1,388.43) | $3,549.92 |
| 03/10/22 | | | | $899.43 | | $1,388.43 | | | $(1,388.43) | $2,161.49 |
| | | | | $899.43 | | | | | $ - | $2,161.49 |
| | | | | $899.43 | | | | | $ - | $2,161.49 |
| | | | | $899.43 | | | | | $ - | $2,161.49 |
| | | | | $899.43 | | | | | $ - | $2,161.49 |
| | | | | $899.43 | | | | | $ - | $2,161.49 |
| | | | | $899.43 | | | | | $ - | $2,161.49 |
| | | | | $899.43 | | | | | $ - | $2,161.49 |
| | | | | $899.43 | | | | | $ - | $2,161.49 |
| | | | | $899.43 | | | | | $ - | $2,161.49 |
| | | | | $899.43 | | | | | $ - | $2,161.49 |
| | | | | $899.43 | | | | | $ - | $2,161.49 |
| | | | | $899.43 | | | | | $ - | $2,161.49 |
| | | | | $899.43 | | | | | $ - | $2,161.49 |
| | | | | $899.43 | | | | | $ - | $2,161.49 |
| | | | | $899.43 | | | | | $ - | $2,161.49 |
| | | | | $899.43 | | | | | $ - | $2,161.49 |
| | | | | $899.43 | | | | | $ - | $2,161.49 |
| | | | | $899.43 | | | | | $ - | $2,161.49 |